CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Jane M. Flynn (Bar No. 167466)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile: (949) 492-5641
Email: jane.flynn@fedex.com
Attorney for Defendant
Fedex Corporate Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. WILLIAMS II,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATE SERVICES, INC., a Delaware Corporation.<br><br>    Defendants. | Case: 3:21-cv-00429-JD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 30, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: August 30, 2021          FEDERAL EXPRESS CORPORATION

By: /s/ Jane M. Flynn
    Jane M. Flynn
    Attorney for Defendant
    Fedex Corporate Services, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jane M. Flynn, counsel for Fedex Corporate Services, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: August 30, 2021          CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff